# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST, *et al.*,

Plaintiffs,

v.

D.J. MECHANICAL, INC.,

Defendant,

CHRISTENSEN, INC.,

Garnishee.

NO. MC19-0074RSL

ORDER VACATING WRIT OF GARNISHMENT

This matter comes before the Court on plaintiffs' "Application for Judgment on Answer and Order to Pay." Dkt. #7. On August 23, 2019, the Court declined to enter judgment on the ground that there was no evidence of the garnishee's answer in the record. Plaintiffs were given thirty days in which to submit the necessary evidence and renew their request for entry of judgment. No timely submission having been made, the writ of garnishment in the above-captioned matter (Dkt. #5) is hereby VACATED.

Dated this 3rd day of October, 2019.

Robert S. Lasnik
Unites States District Judge

ORDER VACATING WRIT OF GARNISHMENT - Page 1